# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Criminal Minutes

Date: November 7, 2025              Judge: Honorable Charles R. Breyer

Court Reporter: Andrea Bluedorn
Time: 10 Minutes
Case No.: CR24-0021-1 CRB
Case Name: USA v. Baba Nadimpalli (Present) (NC)

Attorney(s) for Government: Noah Stern
Attorney(s) for Defendant(s): Jonathan Baum, Joy Holden
Probation Officer: Melissa Moy

Deputy Clerk: Lashanda Scott

## PROCEEDINGS

Sentencing hearing held. The Court sentenced the defendant to the Bureau of Prisons to a term of 12 months and 1 day with no supervision to follow. This term consists of terms of 12 months and 1 day on each of Counts One and Eight, all counts to be served concurrently. Defendant shall pay a special assessment of $200. The Court finds the defendant does not have the ability to pay a fine and the Court orders it waived. The parties shall brief restitution within 90 days. Defendant shall self-surrender to the designated Bureau of Prisons on February 17, 2026. Government oral motion to dismiss counts 2 through 7 and 9 through 10. Motion Granted. Refer to Judgment for additional information.